# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MICHAEL HANDY,**

CASE NO: **1:22–CV–01160–KES–SKO**

v.

**DAVID CASTILLO,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 06/24/2024**

**Keith Holland**
Clerk of Court

ENTERED: **June 24, 2024**

by: /s/ J. Xiong
Deputy Clerk